1   Lee Rubin (SBN 141331)
      lrubin@mayerbrown.com
2   MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
3   3000 El Camino Real
    Palo Alto, CA  94306-2112
4   Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
5
    Attorney for Defendant
6   Cypress Semiconductor Corporation

7

**IT IS SO ORDERED**

Judge Edward J. Davila

8/12/2011

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11   | GSI TECHNOLOGY, INC., a Delaware corporation, | CASE NO. 5:11-cv-03613-EJD |

12                                                   **STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT**

13                          Plaintiff,
     v.

14                                                   **[Local Rule 6-1(a)]**

    CYPRESS SEMICONDUCTOR
15   CORPORATION, a Delaware corporation,            Date Action Filed:    July 22, 2011

16                          Defendant.               Trial Date:           Not Set

17

18       Pursuant to Local Civil Rule 6-1(a), the parties stipulate as follows.

19       1.      Defendant's time to answer or otherwise respond to plaintiff's complaint is

20               extended to September 14, 2011.

21       2.      This extension will not alter the date of any event or any deadline already fixed by

22               court order.

23       IT IS SO STIPULATED.

24

25

26

27

28

Dated:  August 11, 2011                    SHARTSIS FRIESE LLP

                                           By:      /s/ _Mary Jo Shartsis_____
                                                Mary Jo Shartsis (SBN 55194)
                                                Arthur J. Shartsis (SBN 51549)
                                                Robert E. Schaberg (SBN 81430)
                                                James P. Martin (SBN 170044)
                                                One Maritime Plaza, Eighteenth Floor
                                                San Francisco, CA 94111
                                                Telephone: (415) 421-6500
                                                Facsimile: (415) 421-2922

                                           *Attorneys for Plaintiff*
                                           *GSI Technology, Inc., a Delaware corporation*

Dated:  August11, 2011                     MAYER BROWN LLP


                                           By:      /s/  Lee Rubin_____
                                                Lee Rubin

                                           *Attorney for Defendant*
                                           *Cypress Semiconductor Corporation, a Delaware*
                                           *corporation*


CERTIFICATION UNDER GENERAL ORDER NO. 45


        I, Lee H. Rubin, am the ECF User whose ID and password are being used to file this

Joint Stipulation.  In compliance with General Order No. 45, X.B., I attest that counsel for

Plaintiff (Shartris Friese LLP) have concurred in this filing.


Dated:  August 11, 2011

                                             /s/  Lee H. Rubin_____

                                           LEE H. RUBIN