1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  ashartsis@sflaw.com
   MARY JO SHARTSIS (Bar #55194)
3  mshartsis@sflaw.com
   ROBERT E. SCHABERG (Bar #81430)
4  rschaberg@sflaw.com
   JAMES P. MARTIN (Bar #170044)
5  jmartin@sflaw.com
   One Maritime Plaza, 18th Floor
6  San Francisco, CA  94111
   Telephone:  (415) 421-6500
7  Facsimile:  (415) 421-2922

8  Attorneys for Plaintiff
   GSI TECHNOLOGY, INC.

9


IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12               SAN JOSE DIVISION

13

14  GSI TECHNOLOGY, INC., a Delaware          Case No.  5:11-cv-03613-EJD
    corporation,
15                                            **STIPULATION AND MOTION TO
                  Plaintiff,                  ENLARGE THE TIME FOR OPPOSITION
16                                            AND REPLY BRIEFS ON DEFENDANT'S
    v.                                        MOTION TO DISMISS AND TO
17                                            CONTINUE THE CASE MANAGEMENT
    CYPRESS SEMICONDUCTOR                     CONFERENCE**
18  CORPORATION, a Delaware corporation,
                                              **[Local Civil Rules 6-2, 16-2(e), 7-11(a), 7-12]**
19                Defendant.

20

21       Plaintiff GSI Technology, Inc. ("GSI") and Defendant Cypress Semiconductor

22  Corporation ("Cypress"), by and through their respective counsel of record, hereby agree and

23  stipulate to an enlargement of time pursuant to Local Civil Rules 6-2 and 7-12 for the following

24  reasons:

25       1.    GSI filed its Complaint against Cypress on July 22, 2011 for violation of federal

26  and state antitrust laws.  At the request of Cypress, GSI stipulated to enlarge Cypress's time to

27  respond to the Complaint to September 14, 2011 pursuant to Local Civil Rule 6-1(a).  (Docket

28  No. 11.)  On September 14, 2011, Cypress filed its Motion to Dismiss the Complaint ("Motion to

1    Dismiss"), which is to be heard on December 16, 2011, at 9:00 a.m.  (Docket No. 14.)

2         2.    Cypress's Motion to Dismiss all claims in the Complaint raises numerous complex

3    issues and cites in excess of 60 cases as well as several other authorities in support of the Motion.

4    Given the number and complexity of the issues raised by the Motion, and given that the earliest

5    available date for hearing the Motion on the Court's calendar is December 16, 2011, GSI and

6    Cypress have agreed and stipulate to an enlargement of time for opposition and reply briefs

7    subject to the Court's approval as set forth below.

8         3.    The Case Management Conference in this case is currently scheduled for

9    October 7, 2011, which would require the parties to meet and confer and file a Joint Case

10   Management Statement by September 30, 2011.  (Docket Nos. 9 and 10.)  GSI and Cypress

11   believe that until the Motion to Dismiss is resolved, the parties will not be able to identify the

12   issues, witnesses, documents or other matters sufficiently to prepare the required disclosures and

13   joint discovery plan as provided by Local Civil Rule 16-9 and Rule 26(f) of the Federal Rules of

14   Civil Procedure.  Accordingly, GSI and Cypress move the Court to order a continuance of the

15   Case Management Conference to a date to be determined by the Court at, or following, the

16   hearing on Cypress's Motion to Dismiss.   The parties believe that continuing the Case

17   Management Conference to a date after the Court has decided Cypress' Motion to Dismiss would

18   serve the interests of judicial economy.

19        4.    The only previous enlargement of time in this action was pursuant to a stipulation

20   extending Cypress's time to respond to GSI's Complaint.  The enlargements of time requested by

21   this Stipulation and Motion will not have any effect on the schedule of the case .

22        For all of the foregoing reasons, GSI and Cypress request that the Court approve the

23   following stipulated briefing schedule and continue the Case Management Conference to a date to

24   be determined by the Court as follows:

25        (a)    GSI's opposition to Cypress's Motion to Dismiss shall be filed no later

26   than October 28, 2011;

27        (b)    Cypress's reply in support of its Motion to Dismiss shall be filed no later

28   than November 18, 2011;

SHARTSIS  FRIESE  LLP
ONE MARITIM  E PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  9    4111

- 2 -

1         (c)     The Motion to Dismiss will be heard on December 16, 2011 at 9:00 a.m.

2   unless otherwise ordered by the Court;

3         (d)     The Case Management Conference scheduled for October 7, 2011, is

4   hereby vacated and continued to a date to be set by the Court at, or following, the hearing

5   on Cypress's Motion to Dismiss.

6   DATED:    September 20, 2011        Respectfully submitted,

7                                        By:   _/s/ Mary Jo Shartsis_

8                                          Arthur J. Shartsis (SBN 51549)
                                         Mary Jo Shartsis (SBN 55194)

9                                          Robert E. Schaberg (SBN 81430)
                                         James P. Martin (SBN 170044)

10                                          SHARTSIS FRIESE LLP
                                         One Maritime Plaza, 18th Floor

11                                          San Francisco, CA 94111
                                         Telephone: (415) 421-6500

12                                          Facsimile: (415) 421-2922
                                         Email:

13                                          ashartsis@sflaw.com;
                                         mshartsis@sflaw.com;

14                                          rschaberg@sflaw.com;
                                         jmartin@sflaw.com

15                                 Attorneys for Plaintiff
                                GSI TECHNOLOGY, INC.

16   DATED:    September 20, 2011

17                                        By:   _/s/ Christopher J. Kelly_

18                                        Lee H. Rubin (SBN 141331)
                                         Christopher J. Kelly (SBN 276312)

19                                        MAYER BROWN LLP
                                         Two Palo Alto Square, Suite 300

20                                        3000 El Camino Real
                                       Palo Alto, CA 94306-2112

21                                        Telephone: (650) 331-2000
                                       Facsimile: (650) 331-2060

22                                        Email:
                                       lrubin@mayerbrown.com;

23                                        cjkelly@mayerbrown.com
                                Attorneys for Defendant

24                                 CYPRESS SEMICONDUCTOR CORPORATION

  IT IS SO ORDERED AS MODIFIED.

25   The Case Management Conference is continued to **January 20, 2012 at 10:00 AM**. Joint Case
  Management Conference Statements due by **January 13, 2012.**

26

27   DATED: September __23__, 2011

                                 THE HONORABLE EDWARD J. DAVILA
                                 UNITED STATES DISTRICT COURT

28

- 3 -

_(Left margin vertical text:)_ SHARTSIS FRIESE LLP / ONE MARITIME PLAZA / EIGHTEENTH FLOOR / SAN FRANCISCO, CA 94111

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, Mary Jo Shartsis, am the ECF User whose ID and password are being used to file this Joint Stipulation and Motion.  In compliance with General Order No. 45, X.B., I attest that Christopher J. Kelly, counsel for Defendant, has concurred in this filing.

DATED:  September 20, 2011

_/s/ Mary Jo Shartsis_
MARY JO SHARTSIS

8301\001\1747444.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  9  4111