SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
MARY JO SHARTSIS (Bar #55194)
mshartsis@sflaw.com
ROBERT E. SCHABERG (Bar #81430)
rschaberg@sflaw.com
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922

Attorneys for Plaintiff
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.  5:11-cv-03613-EJD<br><br>**STIPULATION TO ENLARGE THE TIME FOR OPPOSITION AND REPLY BRIEFS ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Local Civil Rule 6-2] |

Plaintiff GSI Technology, Inc. ("GSI") and Defendant Cypress Semiconductor Corporation ("Cypress"), by and through their respective counsel of record, hereby agree and stipulate to an enlargement of time to serve and file their respective opposition and reply memoranda pursuant to Local Civil Rule 6-2 for the following reasons:

1. GSI filed its Complaint against Cypress on July 22, 2011 for violation of federal and state antitrust laws.  At the request of Cypress, GSI stipulated to enlarge Cypress's time to respond to the Complaint to September 14, 2011 pursuant to Local Civil Rule 6-1(a).  (Docket No. 11.)  On September 14, 2011, Cypress filed its Motion to Dismiss the Complaint ("Motion to

1   Dismiss"), which is to be heard on December 16, 2011, at 9:00 a.m.  (Docket No. 14.)

2         2.      On September 20, 2011, GSI and Cypress stipulated to a briefing schedule, which
3   the Court approved on September 23, 2011.  (Docket No. 18).

4         3.      GSI has requested a one-week enlargement of time to file its opposition to
5   Cypress's Motion to Dismiss, from October 28, 2011 to November 4, 2011, to accommodate an
6   attorney working on the opposition who has had to undergo back surgery, and, as a result has
7   been largely out of the office recuperating at home for the past two weeks.  Cypress has agreed to
8   the enlargement requested and both parties agree to an enlargement of time for Cypress to file its
9   reply memorandum from November 18, 2011 to December 2, 2011.  The enlargements of time do
10  not affect the hearing date, which remains December 16, 2011 at 9:00 a.m.

11        4.      There have been two previous enlargements of time in this case:  an enlargement
12  of time for Cypress to respond to the Complaint and an enlargement of time set by the briefing
13  schedule for Cypress' Motion to Dismiss approved by the Court.  The enlargements of time
14  requested by this Stipulation will not have any effect on the schedule of the case.

15  DATED:   October 7, 2011                     Respectfully submitted,

16                                               By:   /s/ Mary Jo Shartsis
17                                                     Arthur J. Shartsis (SBN 51549)
                                                       Mary Jo Shartsis (SBN 55194)
                                                       Robert E. Schaberg (SBN 81430)
18                                                     James P. Martin (SBN 170044)
                                                       SHARTSIS FRIESE LLP
19                                                     One Maritime Plaza, 18th Floor
                                                       San Francisco, CA  94111
20                                                     Telephone:  (415) 421-6500
                                                       Facsimile:  (415) 421-2922
21                                                     Email:
                                                       ashartsis@sflaw.com;
22                                                     mshartsis@sflaw.com;
                                                       rschaberg@sflaw.com;
23                                                     jmartin@sflaw.com
                                                       Attorneys for Plaintiff
24                                                     GSI TECHNOLOGY, INC.

1  DATED: October 7, 2011

2                                                          By:  */s/ Christopher J. Kelly*
                                                                Lee H. Rubin (SBN 141331)
3                                                               Christopher J. Kelly (SBN 276312)
                                                                MAYER BROWN LLP
4                                                               Two Palo Alto Square, Suite 300
                                                                3000 El Camino Real
5                                                               Palo Alto, CA  94306-2112
                                                                Telephone:  (650) 331-2000
6                                                               Facsimile:  (650) 331-2060
                                                                Email:
7                                                               lrubin@mayerbrown.com;
                                                                cjkelly@mayerbrown.com
8                                                          Attorneys for Defendant
                                                           CYPRESS SEMICONDUCTOR CORPORATION
9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  DATED: October 11, 2011                               _____
12                                                          THE HONORABLE EDWARD J. DAVILA
                                                            UNITED STATES DISTRICT COURT

Case No.: 5:11-cv-03613-EJD

STIPULATION TO ENLARGE THE TIME FOR OPPOSITION AND REPLY BRIEFS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**CERTIFICATION UNDER GENERAL ORDER NO. 45**

I, Mary Jo Shartsis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order No. 45, X.B., I attest that Christopher J. Kelly, counsel for Defendant, has concurred in this filing.

DATED: October 7, 2011            */s/ Mary Jo Shartsis*
                                  MARY JO SHARTSIS

8301\001\1751703.1