IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY INC, | CASE NO. 5:11-cv-03613 EJD |
| Plaintiff(s), | **ORDER TO FILE SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |
| v. | |
| CYPRESS SEMICONDUCTOR, | |
| Defendant(s). | |

Having denied Defendant's Motion to Dismiss (see Docket Item No. 14), the court orders the parties to hold a further conference under Federal Rule of Civil Procedure 26(f).

On or before July 16, 2012, the parties shall file a Supplemental Joint Case Management Statement which provides, inter alia, a proposed schedule as required by this District's Standing Order for Contents of a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: July 6, 2012

EDWARD J. DAVILA
United States District Judge