1 | Lee H. Rubin (SBN 141331)
  | lrubin@mayerbrown.com
2 | Christopher J. Kelly (SBN 276312)
  | cjkelly@mayerbrown.com
3 | MAYER BROWN LLP
  | Two Palo Alto Square, Suite 300
4 | 3000 El Camino Real
  | Palo Alto, CA 94306-2112
5 | Telephone: (650) 331-2000
  | Facsimile: (650) 331-2060

Attorneys for Defendant
Cypress Semiconductor Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| GSI Technology, Inc., | Case No. 5:11-cv-03613 EJD |
|---|---|
| Plaintiff, | **JOINT STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| Cypress Semiconductor Corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 16-10(c), Plaintiff GSI Technology, Inc. ("GSI") and Defendant Cypress Semiconductor Corporation ("Cypress") jointly request a Case Management Conference with the Court. In light of the complexities of this case, the parties would like to discuss the schedule set forth in the Case Management Order entered on July 30, 2012 (Dkt. No. 32), in particular the deadlines for preparation of expert reports and the close of expert discovery, as well as the preparation of a joint pretrial statement approximately five weeks before the close of expert discovery and nearly two months before the deadline for filing dispositive motions. The parties believe that a brief case management conference at this stage will help avoid future case management issues and further provide the Court with the opportunity to ask the parties any questions it may have regarding their respective assessments of the case.

Pursuant to Civil L.R. 5-1(i)(3), Counsel for Cypress attests that Counsel for GSI concurs in the filing of this Joint Request.

Respectfully submitted.

DATED:   August 24, 2012

By:  */s/ Arthur J. Shartsis*
Arthur J. Shartsis (SBN 51549)
Mary Jo Shartsis (SBN 55194)
Robert E. Schaberg (SBN 81430)
SHARTSIS FRIESE LLP
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Attorneys for Plaintiff
GSI TECHNOLOGY, INC.

DATED:   August 24, 2012

By:  */s/ Lee H. Rubin*
Lee H. Rubin (SBN 141331)
Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060
Attorneys for Defendant
CYPRESS SEMICONDUCTOR CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.  A CASE MANAGEMENT CONFERENCE IN THIS MATTER IS SCHEDULED FOR  September 14 , 2012. at 10:00 a.m.

DATED:   August 27,    2012

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT

The parties shall file a Joint Case Management Statement on or before September 7, 2012.  The parties are also referred to Judge Davila's Standing Order re: Preliminary Pretrial Conferences and Trial Preparation in Civil Cases, which may address some of the parties' questions.