Lee H. Rubin (SBN 141331)
lrubin@mayerbrown.com
Christopher J. Kelly (SBN 276312)
cjkelly@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Defendant
Cypress Semiconductor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., | Case No. 5:11-cv-03613-EJD |
| Plaintiff, | [PROPOSED] AMENDED CASE MANAGEMENT ORDER |
| v. | |
| CYPRESS SEMICONDUCTOR CORPORATION, | |
| Defendant. | |

The Court has reviewed the parties' Further Joint Case Management Statement and Request for Modification of Schedule. The parties are ordered to comply with the following amended schedule:

| EVENT | CURRENT DEADLINES | PARTIES' PROPOSED DEADLINES |
|---|---|---|
| Fact Discovery Cutoff | November 15, 2013 | January 24, 2014 |
| Designation of Opening Experts with Reports | December 15, 2013 | February 28, 2014 |
| Designation of Rebuttal Experts with Reports | February 13, 2014 | March 28, 2014 |
| Expert Discovery Cutoff | March 15, 2014 | April 25, 2014 |

| | | |
|---|---|---|
| Deadline(s) for Filing Discovery Motions | See CLR 37-3 | See CLR 37-3 |
| Deadline for Filing Dispositive Motions | April 21, 2014 | May 9, 2014 |
| Preliminary Pretrial Conference | March 28, 2014 | March 28, 2014 |
| Joint Preliminary Pretrial Conference Statement | March 18, 2014 | March 18, 2014 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions. This is the final extension of these deadlines.

IT IS SO ORDERED.

Date: October 23, 2013

HONORABLE EDWARD J. DAVILA
United States District Judge

---

[1] This is the deadline for filing dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.