IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., | CASE NO. 5:11-cv-03613 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CYPRESS SEMICONDUCTOR CORPORATION, | |
| Defendant(s). | |

Having reviewed the parties' joint statement, the court has determined that a pretrial conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for March 28, 2014, is CONTINUED to **11:00 a.m. June 6, 2014.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **May 27, 2014.**

In addition, the court orders as follows:

1. The court notes the parties' trial estimate is extensive. The updated Joint Preliminary Pretrial Conference Statement must better explain the basis for this estimate, including the number of witnesses each side intends to call at trial.

2. On or before **April 2, 2014**, the parties shall contact the ADR unit to advance the date of the ADR Phone Conference from June 11, 2014, to May 23, 2014, or earlier.

**IT IS SO ORDERED.**

Dated: March 26, 2014

EDWARD J. DAVILA
United States District Judge