**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., | CASE NO. 5:11-cv-03613 EJD |
| Plaintiff(s), | **ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES** |
| v. | |
| CYPRESS SEMICONDUCTOR CORPORATION, | [Docket Item No. 76] |
| Defendant(s). | |
| _____ / | |

Good cause appearing therefor, Plaintiff GSI Technology, Inc. shall file its opposition or notice of non-opposition to Defendant Cypress Semiconductor Corporation's administrative motion for leave to file excess pages (Docket Item No. 76) no later than **5:00 p.m. on June 18, 2014.**

**IT IS SO ORDERED.**

Dated:  June 18, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-03613 EJD
ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES