UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., <br>     Plaintiff, <br>     v. <br> CYPRESS SEMICONDUCTOR CORPORATION, <br>     Defendant. | Case No.  5:11-cv-03613 EJD <br><br> **ORDER RE: CHAMBERS COPIES** |

On or before **12:00 p.m. on October 17, 2014**, Plaintiff and Defendant shall jointly submit to the undersigned's Courtroom Deputy, Elizabeth Garcia, one complete *unredacted* chambers copy of each of the following motions along with the corresponding opposition and reply brief, including all exhibits and attachments thereto, organized in binders labeled with the title of the motion:  (1) Defendant's Motion to Exclude the Testimony of Dr. Robert Harris (Docket Item No. 80), (2) Defendant's Motion to Exclude the Testimony of Robert Murphy (Docket Item No. 82), (3) Defendant's Motion to Exclude the Testimony of D. Paul Regan (Docket Item No. 84), and (4) Defendant's Motion for Summary Judgment (Docket Item No. 86).

**IT IS SO ORDERED**.

Dated:  October 15, 2014

_____
EDWARD J. DAVILA
United States District Judge