UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION,<br><br>　　　　　Defendant. | Case No.  5:11-cv-03613 EJD<br><br>**ORDER RE: HEARING ON OCTOBER 21, 2014** |

With regard to the hearing scheduled for October 21, 2014, the court orders as follows:

1.　　Defendant's Motion to Exclude the Testimony of Dr. Robert Harris (Docket Item No. 80) and Defendant's Motion to Exclude the Testimony of D. Paul Regan (Docket Item No. 84) are each suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, those motions are SUBMITTED and counsel need not present further argument as to those motions.

2.　　The time for the hearing is rescheduled from 1:30 p.m. to 2:00 p.m.

3.　　Limited oral argument concerning Defendant's Motion to Exclude the Testimony of Robert Murphy (Docket Item No. 82) will be permitted based on the court's specific questions related to that motion.

4.　　The hearing on Defendant's Motion for Summary Judgment (Docket Item No. 86) shall last no longer than 2 hours, allocated equally between Plaintiff and Defendant. Counsel shall prepare their arguments accordingly.

**IT IS SO ORDERED**.

Dated:  October 17, 2014



EDWARD J. DAVILA
United States District Judge

Case No. 5:11-cv-03613 EJD
ORDER RE: HEARING ON OCTOBER 21, 2014