UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., <br>     Plaintiff, <br> v. <br> CYPRESS SEMICONDUCTOR CORPORATION, <br>     Defendant. | Case No. 5:11-cv-03613 EJD <br><br> **ORDER RE: FINAL PRETRIAL CONFERENCE AND JURY TRIAL** |

The above-entitled action is presently scheduled for a Final Pretrial Conference on February 5, 2015. A jury trial is also scheduled to commence on February 24, 2015. However, due to a conflicting jury trial in an earlier-filed case, the court is unable to proceed with the trial of this action under the schedule as currently ordered.

Accordingly, the court proposes the following alternative dates for a jury trial in this action:

**OPTION 1**

| | |
|---|---|
| Jury Selection | 9:00 a.m. on April 7, 2015 |
| Jury Trial | March 31-April 1, 2015; April 3, 2015; April 6, 2015 (1/2 day a.m.); April 7-8, 2015; April 10, 2015; April 13, 2015 (1/2 day a.m.); April 14-15, 2015; April 17, 2015; April 21-22, 2015; April 28-29, 2015; May 1, 2015 |
| Jury Deliberations | May 4-6, 2015 |

1

Case No.: 5:11-cv-03613 EJD
ORDER RE: FINAL PRETRIAL CONFERENCE AND JURY TRIAL

**OPTION 2**

| Jury Selection | 9:00 a.m. on September 1, 2015 |
|---|---|
| Jury Trial | September 1-2, 2015; September 4, 2015; September 8-9, 2015; September 11, 2015; September 15-16, 2015; September 18, 2015; September 22-23, 2015; September 25, 2015; September 29-30, 2015; October 2, 2015 |
| Jury Deliberations | October 5-7, 2015 |

The parties shall forthwith meet and confer and file, on or before **February 4, 2015**, a joint notice which indicates which of the two trial options described above is preferable. The court will then reset the trial schedule based on the parties' preference.

In light of the foregoing, the Final Pretrial Conference scheduled for February 5, 2015, is VACATED and will be rescheduled along with the jury trial.

**IT IS SO ORDERED.**

Dated:  January 28, 2015



EDWARD J. DAVILA
United States District Judge

---

2

Case No.: 5:11-cv-03613 EJD
ORDER RE: FINAL PRETRIAL CONFERENCE AND JURY TRIAL