UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GSI TECHNOLOGY, INC., Plaintiff, v. CYPRESS SEMICONDUCTOR CORPORATION, Defendant. | Case No. 5:11-cv-03613-EJD<br><br>**ORDER RESETTING JURY TRIAL AND PRETRIAL SCHEDULE** |
|---|---|

The previously-vacated jury trial and pretrial schedule is reset according to the schedule below:

| Final Pretrial Conference | 11:00 a.m. on August 13, 2015 |
|---|---|
| Jury Selection | 9:00 a.m. on September 1, 2015 |
| Jury Trial | September 1-2, 2015; September 4, 2015; September 8-9, 2015; September 11, 2015; September 15-16, 2015; September 18, 2015; September 22-23, 2015; September 25, 2015; September 29-30, 2015; October 2, 2015 |
| Jury Deliberations | October 5-7, 2015 |

**IT IS SO ORDERED.**

Dated: March 3, 2015



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:11-cv-03613-EJD
ORDER RESETTING JURY TRIAL AND PRETRIAL SCHEDULE