SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
MARY JO SHARTSIS (Bar #55194)
mshartsis@sflaw.com
ROBERT E. SCHABERG (Bar #81430)
rschaberg@sflaw.com
LARISA A. MEISENHEIMER (Bar #228777)
lmeisenheimer@sflaw.com
JOHN J. STEIN (Bar #253777)
jstein@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:     (415) 421-2922

Attorneys for Plaintiff
GSI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 5:11-cv-03613-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

1   Plaintiff GSI Technology, Inc. and Defendant Cypress Semiconductor Corporation, by
2 and through their counsel of record, hereby stipulate that the above-captioned action should be
3 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each
4 party to bear its own attorney's fees and costs.

Respectfully submitted,

DATED:   May 7, 2015          SHARTSIS FRIESE LLP

By:   */s/ Arthur J. Shartsis*
      Arthur J. Shartsis (SBN 51549)
      Mary Jo Shartsis (SBN 55194)
      Robert E. Schaberg (SBN 81430)
      Larisa A. Meisenheimer (SBN 228777)
      John J. Stein (SBN 253777)

      Attorneys for Plaintiff
      GSI TECHNOLOGY, INC.

DATED:   May 7, 2015          MAYER BROWN LLP

By:   */s/ Christopher J. Kelly*
      Lee H. Rubin (SBN 141331)
      Christopher J. Kelly (SBN 276312)

      Attorneys for Defendant
      CYPRESS SEMICONDUCTOR
      CORPORATION

**PURSUANT TO STIPULATION, THE CASE IS DISMISSED WITH PREJUDICE.  SO ORDERED.**

The Clerk shall close this file.

Dated: 5/8/2015

_____
The Honorable Edward J. Davila
United States District Court

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

## SIGNATURE ATTESTATION

I, Roey Z. Rahmil, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL in compliance with Civil L.R. 7-12. Concurrence to the filing of this document was obtained from Christopher J. Kelly, counsel for Cypress Semiconductor Corporation, on May 7, 2015.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that I executed this Declaration on May 7, 2015 at San Francisco, California.

*/s/ Roey Z. Rahmil*
ROEY Z. RAHMIL